[No. 12099-9-I.   Division One.   December 27, 1984.]

*In the Matter of the Marriage of* ALICE L. POBST,
*Respondent, and* DAVID L. POBST, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 613495, Gary M. Little, J., entered July 14,
1982. *Affirmed as modified* by unpublished opinion per
Coleman, J., concurred in by Durham, C.J., and Swanson,
J.

[No. 12155-3-I.   Division One.   December 27, 1984.]

FAIRMONT DEVELOPMENT CORPORATION, *Appellant,* v.
MUKILTEO WATER DISTRICT, *Respondent.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81-2-01194-1, John F. Wilson, J.,
entered June 7, 1982. *Affirmed* by unpublished opinion per
Scholfield, J., concurred in by Durham, C.J., and Callow, J.

[No. 12623-7-I.   Division One.   December 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH
NISSLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-00934-9, Terrence A. Carroll, J., entered
December 6, 1982. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Coleman, J., Ringold, J., dis-
senting.